ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN & LOEB
10605 Balboa Blvd., Suite 265
Granada Hills, CA 91344
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF



FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: jre  DEPUTY

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

NEW CONTENDERS INC.
DILLON PRODUCTIONS, INC.

    Plaintiff,

vs.

KIM CHONG SOOK, et al,

    Defendant

Case No.: 2:96-cv-06689-AAH-VAP

[PROPOSED] RENEWAL OF CONSENT JUDGMENT

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff's, New Contenders, Inc. and Dillon Productions Inc., and against Defendant Kim Chong Sook dba R&S Dusty's Bar, entered on November 19, 1997, be and renewed 11/19/07 and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

  a. Total judgment      $ 781.25
  b. Costs after judgment      $ 00.00
  c. Subtotal **(add a and b)**      $ 781.25
  d. Credits      $ 00.00
  e. Subtotal **(subtract d from c)**      $ 781.25
  f. Interest after judgment      $ 276.84
  g. Fee for filing renewal of application      $ 00.00
  h. Total renewed judgment (add e, f and g) $1058.09

Dated: 11/17/2017      CLERK, by s/ J. Remigio
                              Deputy

- 1 -

Renewal of Consent Judgment